FILED

2003 OCT 14 A 11: 28

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ANDREW MONTEITH, JR. PPA )
CERENE MONTEITH )
      Plaintiffs )    CASE NO. 302CV00954 DJS
    )
v. )
    )
MTD PRODUCTS, INC. )
      Defendant )    OCTOBER 14, 2003

## MOTION TO ADMIT VISITING ATTORNEY

Pursuant to Rule 2(d)(1) of the Local Rules of Civil Procedure, the undersigned counsel for the defendant, MTD Products, Inc., hereby moves that Attorney Richard L. Coyne be permitted to represent the defendant before this Court in connection with the above-referenced matter, and in support hereof, represents the following:

    1.    Attorney Richard L. Coyne practices with the law firm of Wegman, Hessler & Vanderburg, with his office located at 6055 Rockside Woods Boulevard, Suite 200, Cleveland, Ohio (216-642-3342). Attorney Richard L. Coyne is national counsel for MTD and will be lead trial counsel for the defendant MTD Products, Inc., with Attorney Harold J. Friedman of Friedman, Gaythwaite Wolf & Leavitt.

    2.    Attorney Richard L. Coyne is admitted to practice before the Courts of the state of Ohio, and the United States District Court for the Northern District of Ohio as well as the

Eastern District of Michigan. He is in good standing in all jurisdictions in which he is admitted to practice.

3. Attorney Richard L. Coyne has not been disciplined by this Court or by any other Court, nor has he been denied admission by this Court or by any other Court.

4. Should the Court grant the present motion, no modification of the Court's Scheduling Order would be required. It is understood that jury selection is presently scheduled to commence on November 4, 2003.

5. The undersigned filed the fee of $25.00, pursuant Rule 2(d)(2) of the Local Rules of Civil Procedure.

WHEREFORE, the undersigned prays that the Court permit Attorney Richard L. Coyne to represent the defendant MTD Products, Inc. before this Court in connection with the above-referenced action.

> RESPECTFULLY SUBMITTED,
> MTD PRODUCTS, INC.
>
> By _____
> Putnam H. Perry, Fed. Bar No. ct14257
> ROME McGUIGAN SABANOSH, P.C.
> One State Street
> Hartford, CT 06103-3101
> Tel: (860) 549-1000; Fax: (860) 724-3921
> E-mail: pperry@rms-law.com

## CERTIFICATION

This is to certify service of the foregoing Motion to Admit Visiting Attorney to the following counsel of on this 14th day of October, 2003, via first-class, postage prepaid mail:

Harold J. Friedman, Esquire
FRIEDMAN GAYTHWAITE WOLF & LEAVITT
Six City Center
P.O. Box 4726
Portland, ME 04112-4726

Christopher M. Licari, Esquire
LICARI & WALSH, LLC
Attorneys for Plaintiffs
105 Court Street
New Haven, Connecticut 06511

_____
Putnam H. Perry

363084