02cv954magconsent

In accordance with the provisions of 28 U.S.C. 636(c) and Fed.R.Civ.P.73, the parties in this case hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, order the entry of a final judgment, and conduct all post-judgment proceedings.

| Represented | Signatures | Date | Party |
|---|---|---|---|
| | *[signature]* | 10/15/03 | Cerene Monteith PPA Andrew Monteith Jr. |
| | | 10/15/03 | MTD Products, Inc. |
| | *[signatures]* | | |

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to **THOMAS P. SMITH**, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. 636(c), Fed.R.Civ.P.73 and the foregoing consent of the parties.

October 15, 2003
Date

United States District Judge
Dominic J. Squatrito

*Rome McGuigan Sabanosh, P.C.* • *Attorneys at Law*
One State Street • Hartford, Connecticut 06103-3101 • (860) 549-1000 • Fax (860) 724-3921 • Juris No. 27726