FILED

2003 OCT 23 P 2: 56

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANDREW MONTEITH, JR. PPA )<br>CERENE MONTEITH )<br>)<br>Plaintiffs )<br>)<br>v. )<br>)<br>MTD PRODUCTS, INC. )<br>)<br>Defendant )<br>)<br>) | Civil Action No. 302CV00954 DJS |

### DEFENDANT'S MOTION TO EXTEND THE TIME TO RESPOND TO EVIDENTIARY ISSUES RAISED BY PLAINTIFFS

The Defendant hereby moves that the time for the parties to file their respective responses to opposing party's evidentiary objections to evidence in the Joint Trial Memorandum be extended one week for all parties, until October 31, 2003. The undersigned represents that the time limitation cannot be reasonably met due to previous scheduling commitments. Defense counsel has been out of town on business during the majority of the ten day period in which to respond.

*Rome McGuigan Sabanosh, P.C.* • *Attorneys at Law*
One State Street • Hartford, Connecticut  06103-3101 • (860) 549-1000 • Fax (860) 724-3921 • Juris No. 27726

This is the first Motion regarding an extension of time to file a response to Plaintiffs' objections. Opposing counsel has been contacted and consents to this motion being granted as to extending the time limit for both parties.

DATED at Hartford, Connecticut this 23rd day of October, 2003.

_____
Harold Friedman, Esq. Bar No. CT 23785
Blair A. Jones, Esq. Bar No. CT 24542
Attorneys for Defendant
MTD Products, Inc.
FRIEDMAN GAYTHWAITE WOLF & LEAVITT
Six City Center
PO Box 4726
Portland, ME 04112
Telephone:   207-761-0900
Facsimile:  207-761-0186
E-mail:HFriedman@FGWL-LAW.com
        Bjones@FGWL-LAW.com

_____
Putnam H. Perry, Esq. Bar No. CT 14257
Rome McGuigan Sabanosh PC
One State Street, 13th Floor
Hartford, CT 06103
Telephone: (860) 549-1000
Facsimile: (860) 724-3921
E-mail: pperry@rms-law.com

**CERTIFICATION**

      This is to certify service of the foregoing Motion to Extend the Time to Respond to Evidentiary Issues Raised by Plaintiffs to the following counsel of on this 23rd day of October, 2003, via first-class, postage prepaid mail:

Christopher M. Licari, Esquire
LICARI & WALSH, LLC
Attorneys for Plaintiffs
105 Court Street
New Haven, Connecticut 06511

_____
Putnam H. Perry

362360