FILED

2003 OCT 29 P 3: 47

UNITED STATES DISTRICT COURT DISTRICT COURT
DISTRICT OF CONNECTICUT    HARTFORD CT

| | | |
|---|---|---|
| ANDREW MONTEITH, JR. PPA<br>CERENE MONTEITH | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | Civil Action No.  302CV00954 (DJS) |
| v. | ) | |
| | ) | |
| MTD PRODUCTS, INC. | ) | October 29, 2003 |
| | ) | |
| Defendant | ) | |
| | ) | |
| | ) | |

**DEFENDANT'S MOTION TO EXTEND THE TIME TO
RESPOND TO EVIDENTIARY ISSUES RAISED BY PLAINTIFFS**

The Defendant hereby moves that the time for the parties to file their respective

motions in response to opposing parties' evidentiary objections to evidence contained within

the Joint Trial Memorandum be extended one week for all parties, that is, until November 7,

2003.

The Plaintiffs have objected primarily to the introduction of two videotapes that the

Defendant seeks to offer through its expert witness in support of the expert witness'

testimony.  Defendant's expert, Gunter Plamper, has been called to trial in another case out

*Rome McGuigan Sabanosh, P.C.* • *Attorneys at Law*
One State Street • Hartford, Connecticut 06103-3101 • (860) 549-1000 • Fax (860) 724-3921 • Juris No. 27726

of state during the week of October 27 and is expected to be occupied with that trial and thus

be unavailable for the remainder of the week.  In order to respond adequately to Plaintiffs'

objections to the evidence described above, it is imperative that defense counsel consult

directly with Mr. Plamper.

This is the second Motion regarding an extension of time to file a response to

Plaintiffs' objections.  Opposing counsel has been contacted and consents to this motion

being granted.

DATED at Hartford, Connecticut, this 29th day of October, 2003.

RESPECTFULLY SUBMITTED,
MTD PRODUCTS, INC.

Putnam H. Perry, Esq. Bar No. ct14257
Rome McGuigan Sabanosh, P.C.
One State Street, 13th Floor
Hartford, CT  06103
Telephone: (860) 549-1000
Facsimile: (860) 724-3921
E-mail: pperry@rms-law.com
Its Attorney

Harold Friedman, Esq., Bar No. ct23785
Friedman Gaythwaite Wolf & Leavitt
Six City Center, P.O. Box 4726
Portland, ME  04112
Telephone:   207-761-0900
Facsimile:  207-761-0186
E-mail:HFriedman@FGWL-LAW.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of Defendant's Motion To Extend The Time To Respond To Evidentiary Issues Raised By Plaintiffs has been sent via first-class, postage prepaid mail on October 29, 2003, to the following:

Christopher M. Licari, Esq.
LICARI & WALSH, LLC
105 Court Street
New Haven, CT  06511

_____
Putnam H. Perry, Esq.


364110

*Rome McGuigan Sabanosh, P.C.* • *Attorneys at Law*
One State Street • Hartford, Connecticut  06103-3101 • (860) 549-1000 • Fax (860) 724-3921 • Juris No. 27726