

*11/3/03 Granted absent objection. Thomas P. Smith U.S.M.J.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANDREW MONTEITH, JR. PPA ) <br> CERENE MONTEITH ) <br> ) <br> Plaintiffs ) <br> ) <br> v. ) <br> ) <br> MTD PRODUCTS, INC. ) <br> ) <br> Defendant ) <br> ) <br> ) | Civil Action No. 302CV00954 ~~(DJS)~~ TPS <br><br> October 29, 2003 |

### DEFENDANT'S MOTION TO EXTEND THE TIME TO RESPOND TO EVIDENTIARY ISSUES RAISED BY PLAINTIFFS

The Defendant hereby moves that the time for the parties to file their respective motions in response to opposing parties' evidentiary objections to evidence contained within the Joint Trial Memorandum be extended one week for all parties, that is, until November 7, 2003.

The Plaintiffs have objected primarily to the introduction of two videotapes that the Defendant seeks to offer through its expert witness in support of the expert witness' testimony. Defendant's expert, Gunter Plamper, has been called to trial in another case out

***Rome McGuigan Sabanosh, P.C.*** • *Attorneys at Law*
One State Street • Hartford, Connecticut 06103-3101 • (860) 549-1000 • Fax (860) 724-3921 • Juris No. 27726