*c2cv954 mtnext*

33



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

ANDREW MONTEITH, JR. PPA    )
CERENE MONTEITH    )
    )
    Plaintiffs    )
    )    Civil Action No.  302CV00954 DJS
    v.    )
    )
MTD PRODUCTS, INC.    )
    )
    Defendant    )
    )
    )

*11/4/03. Denied as moot.*

### DEFENDANT'S MOTION TO EXTEND THE TIME TO RESPOND TO EVIDENTIARY ISSUES RAISED BY PLAINTIFFS

The Defendant hereby moves that the time for the parties to file their respective responses to opposing party's evidentiary objections to evidence in the Joint Trial Memorandum be extended one week for all parties, until October 31, 2003.  The undersigned represents that the time limitation cannot be reasonably met due to previous scheduling commitments.  Defense counsel has been out of town on business during the majority of the ten day period in which to respond.

*Rome McGuigan Sabanosh, P.C.  •  Attorneys at Law*