UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANDREW MONTEITH, JR. PPA<br>CERENE MONTEITH<br>　　　　Plaintiffs<br><br>v.<br><br>MTD PRODUCTS, INC.<br>　　　　Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 302CV00954 DJS |

**PETITION FOR WITHDRAWAL OF APPEARANCE**

Pursuant to Rule 15 of the United States District Court for the District of Connecticut, Putnam H. Perry, an attorney of record for the defendant in the above-entitled action, petitions the Court for permission to withdraw his appearance filed on or about June 18, 2002 as an attorney of record for the defendant herein. This petition is based on the grounds that undersigned counsel has recently terminated his employment at the law firm of Rome McGuigan Sabanosh, P.C. Attorney Joseph Bree Burns of the firm of Rome McGuigan Sabanosh, P.C. continues to actively represent defendant, and has an appearance on file. The defendant, MTD Products, Inc., consents to this petition and has received a copy hereof via certified mail.

Dated: April 21, 2004

RESPECTFULLY SUBMITTED,
MTD PRODUCTS, INC.

By _____
Putnam H. Perry, Fed. Bar No. ct14257
158 Bruning Road
New Hartford, CT 06457

## CERTIFICATION

This is to certify service of the foregoing Petition for Withdrawal of Appearance to the following counsel of on this 21st day of April, 2004 via first-class, postage prepaid mail:

Harold J. Friedman, Esquire
FRIEDMAN GAYTHWAITE WOLF & LEAVITT
Six City Center
P.O. Box 4726
Portland, ME 04112-4726

Christopher M. Licari, Esquire
LICARI & WALSH, LLC
Attorneys for Plaintiffs
105 Court Street
New Haven, Connecticut 06511

and to the defendant, via certified mail, at:

MTD PRODUCTS, LTD.
Attn: Richard T. Coyne, Esq.
Wegman Hessler & Vanderburg
Suite 200
6055 Rockside Woods Boulevard
Cleveland, OH 44131-2302

_____
Putnam H. Perry

375208