FILED

2004 APR 22 A 11: 20

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANDREW MONTEITH, JR. PPA ) | |
| CERENE MONTEITH ) | |
| Plaintiffs ) | CASE NO. 302CV00954 DJS |
| ) | |
| v. ) | |
| ) | |
| MTD PRODUCTS, INC. ) | |
| Defendant ) | |

### PETITION FOR WITHDRAWAL OF APPEARANCE

Pursuant to Rule 15 of the United States District Court for the District of Connecticut, Putnam H. Perry, an attorney of record for the defendant in the above-entitled action, petitions the Court for permission to withdraw his appearance filed on or about June 18, 2002 as an attorney of record for the defendant herein. This petition is based on the grounds that undersigned counsel has recently terminated his employment at the law firm of Rome McGuigan Sabanosh, P.C. Attorney Joseph Bree Burns of the firm of Rome McGuigan Sabanosh, P.C. continues to actively represent defendant, and has an appearance on file. The defendant, MTD Products, Inc., consents to this petition and has received a copy hereof via certified mail.

4/27/04 Granted
J. WMS