UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANDREW MONTEITH, JR. PPA<br>CERENE MONTEITH<br><br>　　　　Plaintiffs<br><br>v.<br><br>MTD PRODUCTS, INC.<br><br>　　　　Defendant | )<br>)<br>)<br>)<br>)<br>)　Civil Action No. 302CV00954 TPS<br>)<br>)<br>)<br>)　October 14, 2004<br>)<br>)<br>) |

## MOTION FOR SPONSORING ATTORNEY TO BE EXCUSED

HERE NOW comes the sponsoring attorney for the Defendant in the above-captioned case. The sponsoring attorney respectfully requests to be excused from court with regard to the above-captioned case pursuant to Rule 2D of the Rules of the United States District Court for the District of Connecticut.

Dated at Hartford, Connecticut this 18th day of October, 2004.

RESPECTFULLY SUBMITTED,
MTD PRODUCTS, INC.

_____
Joseph B. Burns, Esquire, Bar No.CT00403
Attorney for Defendant MTD Products, Inc.
Rome, McGuigan, Sabanosh, PC
One State Street, 13th Floor
Hartford, CT 06103
Telephone: 860-549-1000
Facsimile: 860-724-3921
E-mail: jburns@rms-law.com

CERTIFICATE OF SERVICE

This is to certify that the foregoing Defendant's Motion to be excused was mailed on this date to the following:

10/18/04.

>Christopher M. Licari, Esquire
>LICARI & WALSH, LLC
>Attorneys for Plaintiffs
>105 Court Street
>New Haven, Connecticut 06511

*[signature]*

Joseph B. Burns, Esquire, Bar No.CT00403
Attorney for Defendant MTD Products, Inc.
Rome, McGuigan, Sabanosh, PC
One State Street, 13th Floor
Hartford, CT 06103
Telephone: 860-549-1000
Facsimile: 860-724-3921
E-mail: jburns@rms-law.com