UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2004 OCT 18  A 11: 59

| | | |
|---|---|---|
| ANDREW MONTEITH, JR. PPA<br>CERENE MONTEITH<br><br>    Plaintiffs<br><br>v.<br><br>MTD PRODUCTS, INC.<br><br>    Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.  302CV00954 TPS<br><br><br>October 13, 2004 |

### DEFENDANT'S PROPOSED VOIR DIRE

1. Has anyone read or seen any news reports about Andrew Monteith Jr. or this accident?

    If yes, we would request a private inquiry as follows:
      A. What did you read or see?
      B. When?
      C. What do you remember about it?
      D. What was your reaction to it
        i. Were you sad, sorry, angry, ambivalent?
      E. Based on what you read or saw, did you form an opinion about what happened?
      F. Did you form an opinion about who was at fault for Andrew's injuries?
      G. Do you still hold those opinions?

2. Has anyone ever owned an MTD product?

    If yes, we would request a private inquiry as follows:
      A. What was the product?
      B. Were you satisfied with the product?
        i. What was not satisfactory about it?
      C. Would you hesitate or refuse to buy an MTD product?
        i. Why?
      D. Did you ever have any problems with the product?
        i. What product problems?
        ii. Did MTD resolve them for you?

1

3. Has anyone ever been involved in a lawn mower accident, or know of someone who was involved in a lawn mower accident?

    If yes, we would request a private inquiry as follows:
        A. Describe the accident and your relationship to the person.
        B. What were the injuries?
        C. Did it result in a lawsuit?
            i. Describe the suit.
            ii. Were you involved?
            iii. Do you think the legal process was fair?
            iv. Did you think the result was fair?
            v. Do you think the system was biased toward one or the other party?
        D. Whom do you think was at fault in that accident?

4. Is anyone a mechanical engineer?

    If yes, we would request a private inquiry as follows:
        A. Do you have education, training or experience in the evaluation or design of products related to safety or safety features?
            i. Please describe.
        B. Do you have education, training or experience in the evaluation or design of products for any purpose?
            i. What?

5. Has anyone ever worked in or for a company that designed or developed or manufactured a product or have a close family member that did?

    If yes, we would request a private inquiry as follows:
        A. What company(s)?
        B. What did it design, develop, or manufacture?
        C. What did you do there?
        D. How long were you there?
        E. Is there anything about your work for that company that would make it impossible or difficult for you to be fair and impartial in this case?
            i. Why not?
            ii. Did you ever complain or try to do anything about it?
                a. What was the company's reaction?
                b. Were you satisfied?

6. Is anyone involved in the medical field?

    If yes, we would request a private inquiry as follows:
        A. How?
        B. Do you have any knowledge or experience in using the AMA Guide to the analysis of permanent impairment?

7. Has anyone ever been involved in a lawsuit?

>    If yes, we would request a private inquiry as follows:
>    A. How were you involved?
>    B. What was the suit about?
>    C. Did you think the system was fair?
>    D. Were you satisfied that the result was fair?
>    E. Did you have an attorney?
>        i.  Were you satisfied w/the attorney?
>            a. Why not?

8. Does anyone think that lawnmowers, just by their nature, are unsafe, unreasonably dangerous and cannot be operated safely?

>    If yes, we would request a private inquiry:
>    A.   Why do you feel this way?

9. Do you think then that if someone is hurt by a lawn mower, it must be the mower manufacturer's fault?

>    If yes, we would request a private inquiry as follows:
>    A.   Why do you feel this way?

10. Is there anyone here who has had a negative experience in operating a lawnmower?

>    If yes, we would request a private inquiry as follows:
>    A.   If yes, what was the negative experience?
>    B.   Do you believe your negative experience will make it impossible or difficult for you to be fair and impartial in this case?

11. Has anyone suffered a permanent injury or does anyone here have a close family member or friend who has?

>    If yes, we would request a private inquiry as follows:
>    A. What was the injury?
>    B. How has it affected you or the person?
>    C. Do you think you will be able to make a decision in this case based on the evidence rather than your sympathy for another person who has a permanent injury?

12. Has anyone ever experienced a child being injured seriously?

>    If yes, we would request a private inquiry as follows:
>    A. What happened?
>    B. Where were you when it happened?
>    C. How is the child now?

13. Does anyone have a child, now, under the age of 10?

14. Does anyone have a child with a disability, disfigurement or physical impairment?

    If yes, we would request a private inquiry as follows:
        A.    What is the disability disfigurement or physical impairment?
        B.    How did this occur?
        C.    How does it affect your child in his every day life?

15. Does anyone think it is unnecessary to read an owner's manual for a lawn mower before using it?

16. Has anyone here ever disconnected or disabled any safety devices on a lawn mower?

    If yes, we would request a private inquiry as follows:
        A. If so, which ones?
        B. Why?

17. Does anyone have children they allow to ride on or operate a lawn mower?

    If yes, we would request a private inquiry as follows:
        A. How old is the child?
        B. How long has he/she been operating a lawn mower?
        C. Are there any instructions or warnings w/your mower advising against this?
                i.    if there were, would you still let the child operate it?

18. Does anyone have children they allow to play in the yard while someone is mowing the lawn?

    If yes, we would request a private inquiry as follows:
        A. How old is the child?
        B. Is the child supervised by anyone besides the person mowing the lawn when this is occurring?
        C. Are there any instructions or warnings with the mower advising against this?
                i.    would you still let the child play in the yard?

RESPECTFULLY SUBMITTED,
MTD PRODUCTS, INC.

_____
Joseph B. Burns, Esquire, Bar No.CT00403
Attorney for Defendant MTD Products, Inc.
Rome, McGuigan, Sabanosh, PC
One State Street, 13th Floor
Hartford, CT 06103
Telephone: 860-549-1000
Facsimile: 860-724-3921
E-mail: jburns@rms-law.com


_____
Harold Friedman, Esq., Bar No. CT23785
Blair A. Jones, *Pro Hoc Vice*
Attorneys for Defendant MTD Products, Inc.
Friedman Gaythwaite Wolf & Leavitt
Six City Center, P.O. Box 4726
Portland, ME 04112
Telephone: 207-761-0900
Facsimile: 207-761-0186
E-mail: hfriedman@fgwl-law.com

CERTIFICATE OF SERVICE

This is to certify that the foregoing Defendant's Proposed Voir Dire was mailed on this date to the following:

10/18/04

        Christopher M. Licari, Esquire
        LICARI & WALSH, LLC
        Attorneys for Plaintiffs
        105 Court Street
        New Haven, Connecticut 06511

_____
Blair A. Jones, *Pro Hoc Vice*
Attorney for Defendant MTD Products, Inc.
Friedman Gaythwaite Wolf & Leavitt
Six City Center
P.O. Box 4726
Portland, Maine 04112
Telephone: 207-761-0900
Facsimile: 207-761-0186
E-mail: bjones@fgwl0law.com

6