UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

ANDREW MONTEITH, JR., PPA
CERENE MONTEITH,
              -Plaintiff


    -v-                           CIVIL 3:02 CV 954 (TPS)

MTD PRODUCTS, INC.,
              -Defendant


### AMENDED MEMORANDUM OF PRETRIAL RULINGS

This memorandum memorializes pretrial rulings made by the undersigned during a day long conference held in chambers October 20, 2004.

1. Exhibit 23 is hereby excluded. The court sustains plaintiff's objection thereto, finding that the probative value of this exhibit is outweighed by its prejudicial effect and the likelihood of jury confusion.

2. The plaintiff objects to Exhibit 28, sections 2 and 3. The court sustains plaintiff's objection to sections 2 and 3. The court finds that these sections are of doubtful relevance. But, even if tangentially relevant, their probative value is so slight that it is outweighed by the risk of unfair prejudice and jury confusion. The court also finds that to admit them would be

unnecessarily wasteful of time.

    3.    Based on the representations of the defendant's counsel at the hearing that Exhibit 29 is for demonstrative purposes only, the plaintiff has withdrawn any objection to the exhibit.

    4.    Exhibits 14, 15, and 16 are three patents. The defendant originally objected to these patents coming into evidence. At the hearing, however, counsel for both sides reached a compromise that only the diagrams attached to these patents would be admitted, with the language at the top of each diagram being redacted. On this basis defendant has withdrawn its objection.

    5.    Exhibit 17 will be excluded from evidence, the court finding that its probative value is outweighed by its prejudicial effect and the potential for jury confusion.

    6.    At the hearing, the court also ruled on certain objections to Dr. Slade's deposition testimony:

        (a)    The objections on p. 18 are overruled;

        (b)    On page 25, the defendant objects to certain photos. The objections are sustained as to 8-3; 8-4; and 8-5, and they are excluded on grounds that their prejudicial effect outweighs their probative value, the defendant agreeing to withdraw its objection to the other photos;

        (c)    The objection on p. 40 is withdrawn;

        (d)    The objection on p. 50 has been resolved by

        agreement (namely, that the testimony on p. 50 line 3 through p. 51 line 2 will be redacted);

(e)   The objections on p. 54 are both overruled;

(f)   The objection on p. 87 line 15 is overruled;

(g)   The objection on p. 89 has been resolved by the agreed upon redaction of the testimony between p. 87 line 20 through p. 89 line 20); and,

(h)   The objection on p. 90 is overruled.

**Dated at Hartford, Connecticut, this _____ day of October, 2004.**

_____
**Thomas P. Smith
United States Magistrate Judge**