UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

**ANDREW MONTEITH, JR., PPA**
**CERENE MONTEITH,**
              **-Plaintiff**

     -v-                                                             **CIVIL 3:02 CV 954**

**MTD PRODUCTS, INC.,**
              **-Defendant**

## SUPPLEMENTAL MEMORANDUM

    This memorandum supplements my previous rulings excluding certain portions of videotapes that had been offered as demonstrative evidence. I have viewed these videotapes in their entirety three times. I find that the still photographs, diagrams, decals, other exhibits and testimony more than adequately accomplish everything that the movant sought to illustrate through the excluded portions of the videotapes. More particularly, I find that the testimony of defendant's expert, Gunther Plamper, could not have been made clearer by the excluded evidence, and that no prejudice resulted from that evidence's exclusion. During his testimony, Mr. Plamper quite effectively utilized still photographs, diagrams, and other exhibits, including the shoe-stick tool to illustrate all the important aspects of his testimony, and

that the jury, through Mr. Plamper's expert testimony, and the skillful examination and argument of MTD's counsel, completely understood the concept of a floating, terrain-following deck, and the way in which the foot of a small child can slide under the deck and twist upward into the disk of a rotating blade.  I made additional supplemental comments about this on the record at the conclusion of MTD's offer of proof immediately before it rested.

**Dated at Hartford, Connecticut, this \_\_\_ day of October, 2004.**

_____
**Thomas P. Smith
United States Magistrate Judge**