AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF Plttis

**EXHIBIT AND WITNESS LIST**

Monteith
v.
MTD Products

CASE NUMBER: 3:02CV954TPS

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Smith | Licari | Jones |
| **TRIAL DATE(S)** | **COURT REPORTER** | **COURTROOM DEPUTY** |
| 10/26 - 10/29/04 | Bowles | Sunbury |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 10/26/04 (10/27/04) | | | Gunther Plamper, Cleveland, Ohio |
| | | 10/27/04 | | | Christen Evans, Wallingford, Ct |
| | | 10/27/04 | 10/28/04 | | Andrew Monteith, Meriden, Ct |
| | | 10/27/04 | | | Dr. Joseph Slade, NH, Ct by Video |
| | | 10/27/04 | | | Jeff Ketchman, Westbrook, Ct |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages