# United States District Court

DISTRICT OF __Ct.__

**EXHIBIT AND WITNESS LIST**

Monteith
v.
MTD Products

CASE NUMBER: 3:02CV954TPS

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Smith | Cican | Deftis Jones |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 10-26 – 10/29/04 | Bowles | Sunbury |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 10-28-04 | | | Gunther Plamper, Cleveland, Ohio |

FILED 2004 OCT 29 P 4: 15

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages