3:02CV954TPS

PHF & Deft.   10/29/04 all exhibits returned - B. Subway

# EXHIBIT LIST

| No | Exhibit Name | Date | Offered By: | Objection | Bates No. | Admit/Exclude |
|---|---|---|---|---|---|---|
| 1 | | | | | | |
| 2 | Color photographs (12) of incident scene/subject lawnmower. | | ∏/Δ | | | A |
| 3 | Invoice and receipt from Lowe's Home Centers, Inc. | | ∏ | | | A |
| 4 | Operator's Manual for subject lawnmower. | | Δ | | | A |
| 5 | American Medical Response run sheet dated 5/9/99. | | Δ | | | A |
| 6 | Yale New Haven Hospital medical record for 5/9/99 through 5/26/99. | | ∏ | | | A |
| 7 | Joseph F. Slade, M.D.'s Medical Records of Andrew Monteith, Jr., including, but not limited to, reports dated 6/8/99, 7/6/99, 8/31/99, 10/12/99, 11/23/99, 2/22/00, 7/14/00, 1/16/01, 8/17/01, 8/6/02, 8/6/02 (addendum), 2/14/03, 2/24/03 (report) 2/25/03, 1/20/04 and 2/24/04 | | ∏ | | | |
| 8 | Color photographs of the plaintiff's injury taken by Joseph F. Slade, M.D. (8-1, 8-2 & 8-6) | | ∏ | Defendant reserves objection, see section #11, infra. | | A |
| 9 | Gaylord Rehabilitation Center at Long Wharf medical record for 7/13/99 through 8/23/99 | | ∏ | | | A |

| No. | Exhibit Name | Date | Offered By: | Objection | Bates No. | Admit/Exclude |
|---|---|---|---|---|---|---|
| 10 | CHC Physician's medical record for 5/4/00, 5/7/01 and 5/22/02. | | π | | | A |
| 11 | Medical Bill Summary. | | π | | | A |
| 12 | Curriculum Vitae of Jeffrey Ketchman, P.E. | | Δ | | | A |
| 13 | Color photographs (30) of subject mower taken by Jeffrey Ketchman, P.E.  13A- | | Δ ż, X, Y | | | A |
| 14 | Diagram from United States Patent No. 2,929,186. | | π/Δ | Defendant reserves objection, see section #11, *infra*. | | A |
| 15 | Diagram from United States Patent No. 2,972,849. | | π | Defendant reserves objection, see section #11, *infra*. | | A |
| 16 | Diagram from United States Patent No. 2,973,613. | | Δ | Defendant reserves objection, see section #11, *infra*. | | A |
| 17 | Picture from *Popular Mechanics*, June 2000 (parties agree to redact any reference to popular mechanics). | | π B & C | | | A |
| 18 | Side guard design sketches prepared by Jeffrey Ketchman, P.E. | | π | | | A |
| 19 | Consumer Product Safety Commission "Ride-On Mower Hazard Analysis (1987-1990)" dated September 1993. | | π | | | A |
| 20 | Owner/Operator Manual, Briggs & Stratton Engines | | | | | |
| 21 | Illustrated Parts List 400 Series Tractors | | Δ | | | A |

| | No | Exhibit Name | Date | Offered By: | Objection | Bates No. | Admit/Exclude |
|---|---|---|---|---|---|---|---|
| NO | 22 | 400 Series Lawnmower – The Accident Machine | | | | | |
| NO | 23 | 400 Series Lawnmower – exemplar model | | | | | |
| ✓ | 24 | Twenty Eight (28) 26 Photos of the Accident Machine Inspection | | Δ | | | A |
| ✓ | 25 | Fifteen (15) Photographs of Exemplar Mower | | Δ | | | A |
| ✓ | 26 | VHS Videotape of Exemplar Mower | | Δ - Section 1  Δ - Secs. 2&3 for offer of proof. | Plaintiff reserves objection, see section #11, *infra*. | | A - Section 1 only |
| NO | 27 | VHS videotape of Accident Machine Inspection. | | | Plaintiff reserves objection, see section #11, *infra*. | | |
| ✓ | 28 | 2003 Husqvarna Catalog | | Δ | | | A |
| NO | 29 | Plaintiff's Compliance with Defendant's Request for Production of Documents dated August 13, 2002 | | | | | |
| ✓ | 30 | 2004 Husqvarna Catalog | | Δ | Plaintiff reserves objection | | A |
| ✓ | 31 | Green Acres Elementary School Records of Andrew Monteith, Jr. | | Δ | | | A |
| ✓ | 32 | Monteith Sr. depo exhibit 2 – drawing of accident scene | | π | | | A |
| ✓ | 33 | Plamper CV | | Δ | | | A |
| ✓ | 34 | Nine (9) Photographs of Mower Guard Test | | Δ | | | A |

| | No | Exhibit Name | Date | Offered By: | Objection | Bates No. | Admit/ Exclude |
|---|---|---|---|---|---|---|---|
| ✓ ✓ | 35 | MTD Rider & Tractor Conformance Verification for ANSI B71.1 1996 for Model No. 13AH471F062 dated November 6, 1997; the MTD Ride-On Mowers & Tractors verification dated November 6, 1997 for Model no. 13AH451F352; Report No. ABS97332-L and the MTD Ride-ON Mowers & Tractors verification dated April 16, 1997 for Model No. 13A5470F196. | | Δ | | | A |
| ✓ ✓ | 36 | Fifteen (15) photographs of Husqvarna inspection. | | Δ | | | A |
| ✓ ✓ | 37 | ANSI B71.1 – 1996 Safety Specifications for Power Lawn Mowers, Lawn and Garden Tractors and Lawn Tractors | | ↑ | | | A |
| ✓ ✓ | 38 | Specification Sheet for Accident Machine Model No. 13AH471F062 | | Δ | | | A |
| ✓ ✓ | 39 | AMA Guidebook 4th Edition | | Δ (portions) | | | A |
| ✓ ✓ | 40 | John Deere Catalog | | Δ | Plaintiff reserves objection | | A |
| ✓ ✓ | 41 | 8 Additional Photographs of Exemplar Mower | | Δ | | | A |
| NO | 42 | Walker Photograph | | | Plaintiff reserves objection | | |
| ✓ ✓ | 43 | Jacobsen Photograph | | Δ | Plaintiff reserves objection | | A |

| No | Exhibit Name | Date | Offered By: | Objection | Bates No. | Admit/Exclude |
|---|---|---|---|---|---|---|
| ✓ 44 | Montgomery Ward Operator's Manual | | π/Δ | | | A |
| ✓ 45 | Slade Deposition | | π | | | A |
| ✓ 46 | Evans Diagram | | | | | |