UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANDREW MONTEITH, JR.<br>PPA CERENE MONTEITH,<br><br>            Plaintiff,<br><br>V.<br><br>MTD PRODUCTS, INC.,<br><br>            Defendant. | :<br>:<br>:<br>:<br>:  Case No: 302CV00954DJS<br>:<br>:<br>:<br>:<br>:  October 29, 2004 |

### VERDICT FORM

1. Has the Plaintiff proved that the lawn mower was in a defective condition unreasonably dangerous at the time it was sold?

    _____ Yes. Proceed to Question 2.

    __✓__ No. Stop. Enter your verdict for the defendant by having the foreperson sign and date the final page.

2. Has the Plaintiff proved that the lawn mower was without substantial change in condition at the time of the incident?

    _____ Yes. Proceed to Question 3.

    _____ No. Stop. Enter your verdict for the defendant by having the foreperson sign and date the final page.

3. Do you find that the lawn mower was in an unavoidably dangerous condition?

   _____ *Yes. Proceed to Question 4.*

   _____ *No. Proceed to Question 5.*

4. Do you find that the Defendant provided adequate warnings and/or instructions regarding the danger of blade contact injuries under the mowing deck and how to avoid this danger?

   _____ *Yes. Stop. Enter your verdict for the defendant by having the foreperson sign and date the final page.*

   _____ *No. Proceed to Question 5.*

5. Has the Plaintiff proved that the defective condition was the proximate cause of the incident?

   _____ *Yes. Proceed to Question 6.*

   _____ *No. Stop. Enter your verdict for the defendant by having the foreperson sign and date the final page.*

6. Do you find that any conduct of the Plaintiff and/or his parents was a superceding cause of Plaintiff's injuries?

   _____ *Yes. Stop. Enter your verdict for the defendant by having the foreperson sign and date the final page.*

   _____ *No. Proceed to Question 7.*

7. Has the Defendant proved that the Plaintiff misused the product and that this misuse was a proximate cause of his injuries?

    _____ *Yes. Stop. Enter your verdict for the defendant by having the foreperson sign and date the final page.*

    _____ *No. Proceed to Question 8.*

8. What amount of money do you find is fair, just and reasonable to compensate the Plaintiff for his economic damages?

    $_____

    *Proceed to Question 9.*

9. What amount of money do you find is fair, just and reasonable to compensate the Plaintiff for his non-economic damages?

    $_____

This is our unanimous verdict:

_Thomas J. Regan_       10/29/2004
Foreperson                      Date