UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| Andrew Monteith, Jr., PPA | : |
| Cerene Monteith | : |
| | : |
| v. | : CASE NO. 3:02CV954TPS |
| | : |
| | : |
| MTD Products, Inc. | : |

JUDGMENT

This action came before the Court for a trial by jury before the Honorable Thomas P. Smith, United States Magistrate Judge presiding, and the issues having been duly tried and the jury having rendered its verdict in favor of the defendant, it is therefore

ORDERED, ADJUDGED and DECREED that the judgment be and is hereby entered in favor of the defendant.

Dated at Hartford, Connecticut, this 1st day of November, 2004.

KEVIN F. ROWE, Clerk

By _____/s/bgs_____
    Barbara G. Sunbury
    Deputy Clerk

EOD _____